Petition for Writ of Mandamus Denied and Opinion filed October 31, 2002












 
 
 
  
 
 
 




Petition for Writ of Mandamus Denied and Opinion filed
October 31, 2002.

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01071-CV

____________

 

IN RE DAVID CRAIG JACKSON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On October 21, 2002, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2002);  see also
Tex. R. App. P. 52.

We deny relator=s petition for writ of mandamus.

 

 

PER CURIAM

 

 

Petition Denied
and Opinion filed October 31, 2002.

Panel consists of
Justices Edelman, Seymore, and Guzman.

Do Not Publish ‑ Tex. R. App. P. 47.3(b).